**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

MMC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Italo Arbulu
           Plaintiff,

vs.

People of the State of California
           Defendant.

C 07 5079
CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Italo Arbulu, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X 

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

APP TO PROC IN FORMA PAUPERIS, Case No.                       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Whole Foods Market_
5  _1100 Park Place_
6  _San Mateo, CA. 94403_
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.  Business, Profession or                    Yes ___ No _X_
10       self employment
11   b.  Income from stocks, bonds,                 Yes ___ No _X_
12       or royalties?
13   c.  Rent payments?                             Yes ___ No _X_
14   d.  Pensions, annuities, or                    Yes ___ No _X_
15       life insurance payments?
16   e.  Federal or State welfare payments,         Yes ___ No _X_
17       Social Security or other govern-
18       ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                            Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.    What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Acct.</u>
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____ 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  No.
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  09-19-07                           /s/ Olalo Aulul
17     DATE                             SIGNATURE OF APPLICANT

|     |     |
| --- | --- |
| 1   |     |
| 2   | Case Number: _____ |
| 3   |     |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Italo Arbulu_ for the last six months at

_CSP-Corcoran_   where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _3.75_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _9.46_.

Dated: _9/21/07_    _D. Gear_   AC II
                        [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                          REPORT DATE: 09/20/07
                                                 PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT


                   FOR THE PERIOD: MAR. 16, 2007 THRU SEP. 20, 2007

ACCOUNT NUMBER : V93997            BED/CELL NUMBER: 3C0500000000231U
ACCOUNT NAME   : ARBULU, ITALO     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE


03/16/2007   BEGINNING BALANCE                                              22.50

03/28 W415 CASH WITHDRAW 2934/CW    195187979                    15.00       7.50
04/04 W536 COPAY CHARGE  3004/04-01                               5.00       2.50
04/17 FC04 DRAW-FAC 4    3173/3C3DR                               2.50       0.00
05/30*DD30 CASH DEPOSIT  3785/17095            22.50                        22.50
06/13 W532 DAMAGES - PER 4051/PANTS                              13.25       9.25
06/22*VA01 ADDITIONAL RE 4184/PYMNT                               9.25       0.00


                          CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE       DESCRIPTION          COMMENT      HOLD AMOUNT


 09/07/2007  H118   LEGAL COPIES HOLD       0888/09-04         2.00
 09/11/2007  H118   LEGAL COPIES HOLD       0948/09-10         2.00
 09/17/2007  H118   LEGAL COPIES HOLD       1042/09-13         2.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/02/05                 CASE NUMBER: SC56996
COUNTY CODE: SM                          FINE AMOUNT: $    200.00

   DATE      TRANS.   DESCRIPTION               TRANS. AMT.    BALANCE


 03/16/2007      BEGINNING BALANCE                               65.00

 05/30/07    DR30   REST DED-CASH DEPOSIT        25.00-          40.00
 06/22/07    VAR1   ADD. REST-PMT ONLY            9.25-          30.75
```

```
REPORT ID: TS3030  .701                         REPORT DATE: 09/20/07
                                                PAGE NO:         2
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: MAR. 16, 2007 THRU SEP. 20, 2007

ACCT: V93997      ACCT NAME: ARBULU, ITALO           ACCT TYPE: I

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------    --------   -----------    -------     -------     ------------

   22.50        22.50       45.00         0.00        6.00          0.00


                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                          ----------
                                              6.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9/21/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ ACI
TRUST OFFICE

```
REPORT ID: TS3030   .701                              REPORT DATE: 09/20/07
                                                      PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAR. 16, 2007 THRU SEP. 20, 2007

ACCOUNT NUMBER : V93997            BED/CELL NUMBER: 3C05000000000231U
ACCOUNT NAME   : ARBULU, ITALO     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   --------   ---------  --------   -----------   -------

03/16/2007   BEGINNING BALANCE                                             22.50

03/28 W415 CASH WITHDRAW 2934/CW     195187979                15.00         7.50
04/04 W536 COPAY CHARGE  3004/04-01                            5.00         2.50
04/17 FC04 DRAW-FAC 4    3173/3C3DR                            2.50         0.00
05/30*DD30 CASH DEPOSIT  3785/17095              22.50                     22.50
06/13 W532 DAMAGES - PER 4051/PANTS                           13.25         9.25
06/22*VA01 ADDITIONAL RE 4184/PYMNT                            9.25         0.00
```


INMATE COPY

```
                         CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE       DESCRIPTION            COMMENT      HOLD AMOUNT
----------   ----   -------------------------  ----------   -----------

09/07/2007   H118   LEGAL COPIES HOLD          0888/09-04       2.00
09/11/2007   H118   LEGAL COPIES HOLD          0948/09-10       2.00
09/17/2007   H118   LEGAL COPIES HOLD          1042/09-13       2.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/02/05                CASE NUMBER: SC56996
COUNTY CODE: SM                         FINE AMOUNT: $    200.00


   DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  -------    ------   -----------------------  -----------   ---------

03/16/2007   BEGINNING BALANCE                                  65.00

05/30/07     DR30     REST DED-CASH DEPOSIT       25.00-        40.00
06/22/07     VAR1     ADD. REST-PMT ONLY           9.25-        30.75
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 09/20/07
                                                 PAGE NO:          2
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: MAR. 16, 2007 THRU SEP. 20, 2007

ACCT: V93997        ACCT NAME: ARBULU, ITALO        ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED
---------      --------     -----------  -------      -------    ------------
  22.50         22.50          45.00       0.00         6.00         0.00


                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                             6.00-
```

INMATE COPY

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9/21/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ ACII
   TRUST OFFICE