FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

April 16, 2008

U.S. DISTRICT COURT
NORTHERN DISTRICT
OFFICE OF THE CLERK
ATTN: RICHARD W. WIEKING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

RE: CHANGE OF ADDRESS; NO. C07 5079 MMC (PR)

DEAR MR. WIEKING,

PLEASE BE ADVISED THAT MY MAILING ADDRESS HAS CHANGED TO:

    ITALO ARBULU
    V93997 3C03-246U
    P.O. BOX 3471
    CORCORAN, CA 93212-3471

THANK YOU.

*[signature]*
ITALO ARBULU
V93997 3C03-246U
P.O. BOX 3471
CORCORAN, CA 93212-3471
NO. C07-5079 MMC (PR)

Case 3:07-cv-05079-MMC    Document 6    Filed 04/21/2008    Page 2 of 2