FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| DERREL G. ADAMS, Warden, | NO. C 07-5079 MMC (PR) |
|---|---|
| Respondent, | |
| v. | |
| ITALO ARBULU, | |
| Petitioner. | |

BY AND FROM THE ORDER OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

THE HONORABLE MAXINE M. CHESNEY, UNITED STATES DISTRICT JUDGE PRESIDING

AMENDMENT TO PETITION TO NAME PROPER RESPONDENT

ITALO ARBULU
V93997 3C03-246U
P.O. BOX 3471
CORCORAN, CA 93212-3471

Petitioner, In Propria Persona

1  ITALO ARBULU
   V93997 3C03-246U
2  P.O. BOX 3471
3  CORCORAN, CA 93212-3471

4  In Propria Persona

5       IN THE UNITED STATES DISTRICT COURT
6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  DERREL G. ADAMS, Warden,           NO. C 07-5079 MMC (PR)
9          Respondent,
10                                    AMENDMENT TO PETITION TO
11 V                                  NAME PROPER RESPONDENT
12 ITALO ARBULU,
13         Petitioner.

14

15      TO THE HONORABLE MAXINE M. CHESNEY, UNITED STATES
16 DISTRICT JUDGE, PRESIDING.
17      Petitioner Italo Arbulu, acting in Propria Persona,
18 hereby, moves the Court to amend petition for writ of
19 habeas corpus (No. C 07-5079 MMC (PR)), by naming the
20 proper respondent as:
21
22      DERREL G. ADAMS, Warden,
23
24      This is by order of the Honorable, Maxine M.
25 Chesney, United States District Judge, executed on
26 April 11, 2008 (Docket No. 2).
27
28

                        1

Wherefore, petitioner requests this Court, accept the above change to his Petition for Writ of Habeas Corpus.

I declare under penalty of perjury that the foregoing is true and correct and was executed on April 16, 2008, at Corcoran State Prison, California.

Dated: April 16, 2008

Respectfully submitted,

*[signature]*
ITALO ARBULU
V93997 3C03-246U
P.O. BOX 3471
CORCORAN, CA 93212-3471

Petitioner, In Propria Persona

2

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, **ITALO ARBULU** DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE **PETITIONER** IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **16TH** DAY OF **APRIL** **2008** AT CORCORAN, CALIFORNIA.

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I **ITALO ARBULU** AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON **APRIL 16, 2008** IS SERVED THE FOREGOING.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
OFFICE OF THE CLERK
RICHARD W. WIEKING, CLERK
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **APRIL 16, 2008**                    _____
(DECLARANT/PRISONER)

RICO ARBOLEDA
V53997 3C03-246U
P.O. BOX 3471
CORCORAN, CA 93212-3471

UNITED STATES DISTRICT COURT
NORTHERN DIST
OFFICE OF THE CLERK
ATTN: RICHARD W. Wieking
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

