IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALO ARBULU, ) | No. C 07-5079 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME** |
| ) | |
| v. ) | |
| ) | |
| DERRAL G. ADAMS, ) | **(Docket No. 9)** |
| ) | |
| Respondent. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, respondent's Application for Extension of Time is hereby GRANTED. Respondent shall file his response to the petition no later than December 26, 2008. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

IT IS SO ORDERED.

DATED: November 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge