IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ITALO ARBULU, | ) | No. C 07-5079 MMC (PR) |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND APPLICATION FOR CERTIFICATE OF APPEALABILITY** |
| v. | ) | |
| | ) | |
| CONNIE GIPSON, | ) | |
| | ) | |
| Respondent. | ) | **(Docket No. 19)** |
| _____ | | |

On October 3, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2012, the petition was denied on its merits, and a certificate of appealability ("COA") was denied. On February 22, 2012, petitioner filed a request for a 90-day extension of time in which to file a notice of appeal and application for a COA.

Federal Rule of Appellate Procedure 4(a) allows for an extension of time to appeal if the party requests such relief within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause. See Fed. R. App. P. 4(a)(5). The extension must be to a date no more than thirty days after the original deadline, or fourteen days after the entry of the order granting the motion, whichever is later. See id

GOOD CAUSE APPEARING, petitioner's motion for an extension of time to file a notice of appeal and application for a COA is hereby GRANTED. Petitioner shall file the

notice of appeal and said application no later than March 30, 2012.

      This order terminates Docket No. 19.

      IT IS SO ORDERED.

DATED: March 5, 2012

_____
MAXINE M. CHESNEY
United States District Judge