IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALO ARBULU, | No. C 07-5079 MMC (PR) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | **(Docket No. 22)** |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner's request for a certificate of appealability is DENIED for the reasons stated at pages 21-22 of the Order Denying Petition for Writ of Habeas Corpus, filed January 30, 2012. (Docket No. 17.)

The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 n.2 (9th Cir. 1997).

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: April 6, 2012

MAXINE M. CHESNEY
United States District Judge